# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: JOSEPH A. DICKSON |
| v. | MAGISTRATE NO.: 20-8429 (JAD) |
| GARY BOWSER | DATE OF PROCEEDINGS: 10/2/20 |
| | DATE OF ARREST: 10/2/20 |

PROCEEDINGS: R5 Initial Appearance (WD of Washington)

( ) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(**X**) APPT. OF COUNSEL: **X** AFPD __ CJA
(**X**) WAIVER OF HRG.: __ PRELIM **X** REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(**X**) FINANCIAL AFFIDAVIT EXECUTED ON THE RECORD
(**X**) OTHER CONSENT TO VIDEO/TELEPHONE CONFERENCE
(**X**) OTHER CONSENT TO E-SIGNATURE

(**X**) COMMITMENT TO ANOTHER DISTRICT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET:
( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.   DATE:
( ) DETENTION / BAIL HRG.   DATE:
( ) TRIAL: __ COURT __ JURY   DATE:
( ) SENTENCING   DATE:
( ) OTHER:   DATE:

APPEARANCES:

AUSA   PERRY FARHAT

DEFT. COUNSEL   RAHUL SHARMA (AFPD)

PRETRIAL   MIA RAHMAN

INTERPRETER
        Language: ( )

Time Commenced: 3:00 p.m.
Time Terminated: 3:16 p.m.
CD No:   Zoom

*Jessica Batista*
DEPUTY CLERK