**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES | * |
| | * |
| v. | *   CASE NO.  20-MJ-8429 (JAD) |
| | * |
| GARY BOWSER | * |
| | * |

\*\*\*\*\*

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with Standing Order 2020-06, this Court finds:

[X] That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[ ]   Video Teleconferencing

[X]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

    [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

    [X]   Other: Defendant's condition prevents him from utilizing the jail's video teleconference facilities.

Date: 10/2/20

*s/Joseph A. Dickson*
Honorable Joseph A. Dickson
United States Magistrate Judge