UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : |  |
|  | : | MAGISTRATE NO. 20-8429 (JAD) |
| v. | : |  |
|  | : | ORDER |
| GARY BOWSER | : |  |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 2nd day of OCTOBER, 2020,

ORDERED that RAHUL SHARMA from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

*s/Joseph A. Dickson*
JOSEPH A. DICKSON
United States Magistrate Judge